## GIZE v. CONTINENTAL CASUALTY COMPANY.

[No. 13,951. Filed December 11, 1930.]

*Harry O. Crippen, Dominac P. Sevald* and *Mariann K. Sevald, for* appellant.

*L. L. Bomberger, Oscar Hanly* and *Bomberger, Peters & Morthland,* for appellee.

PER CURIAM.—Affirmed.

## STAR PUBLISHING COMPANY v. ADAMSON.

[No. 14,184. Filed December 11, 1930.]

*Slaymaker, Merrell, Ward & Locke,* for appellant.

REMY, J.—Affirmed, on authority of *Buckley* v. *Inland Steel Co.* (1921), 75 Ind. App. 84, 129 N. E. 860.